1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| ANGEL TORRES, | Case No. 2:24-cv-2367-AB-RAO |
|---|---|
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| B. BIRKHOLZ, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), Dkt. No. 1; Respondent's Answer to the Petition, Dkt. No. 14; Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 16; Petitioner's Objections to the Report, Dkt. No. 17; and all of the records and files herein.

The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected and does not find Petitioner's objections persuasive. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge contained in the Report.

\\\

\\\

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: July 11, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE