# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL TORRES, <br>     Petitioner, <br> v. <br> B. BIRKHOLZ, <br>     Respondent. | Case No. 2:24-cv-2367-AB-RAO <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 11, 2025

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE